IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE EDWIN MASON, JR. | § | CHAPTER 13 |
| SS# XXX-XX-2262; and | § | |
| KAREN RENAE MASON | § | CASE NO. 09-10368-DWH |
| SS# XXX-XX-1065 | § | |
| | § | |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN, in accordance with Bankruptcy Rule 9010(b), that the undersigned counsel has entered an appearance on behalf of The Sherwin-Williams Company ("Sherwin-Williams"), a creditor and party-in-interest in the above styled case.

REQUEST IS HEREBY MADE on behalf of Sherwin-Williams, pursuant to Bankruptcy Rules 2002, 3017, and 9007, that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery, telephone, or otherwise, which relate to or affect the above styled case.

RESPECTFULLY SUBMITTED,

/s/ Emily M. Yancey
Emily M. Yancey (MS Bar #102488)
Attorney for The Sherwin-Williams Company
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Ste. 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Phone: (205) 344-5000
Fax: (205) 758-8358

## CERTIFICATE OF SERVICE

I, Emily M. Yancey, do hereby certify that I have this day served a true and correct copoy of the above and foregoing Notice of Appearance by U.S. mail, postage prepaid, upon the following persons via the EM/ECF noticing:

Michael W. Boyd
Attorney for Debtor

Locke D. Barkley
Chapter 7 Trustee

United States Trustee

DONE this the 8th day of February, 2010.

/s/ Emily M. Yancey
Emily M. Yancey (MS Bar #102488)
Attorney for The Sherwin-Williams Company

I:\BUDDY\CLIENTS\SHERWIN WILLIAMS\MASON PAINT CO\NOTICE OF APPEARANCE AND REQUEST FOR NOTICE (BK).DOC

Case No. 09-10368-DWH
Page 2